AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:11-M -10824(1) |
| | § |
| (1) Geovanny Elvin Nunez | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **December 13, 2011** in **Dimmit** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, (track statutory language of offense) Geovanny Elvin NUNEZ, an alien, entered, or was found in the United States at or near Carrizo Springs, Texas, after having been denied admission, excluded, deported, or removed from the United States through Phoenix, Arizona on November 18, 2010, and not having obtained the express consent of the Secretary of the Department of Homeland Security or the Attorney General of the United States to reapply for admission thereto. Defendant being voluntarily in the United States unlawfully , a felony,.

in violation of Title         **8**         United States Code, Section(s)    **1326(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: "The defendant, Geovanny Elvin NUNEZ, was arrested by Border Patrol Agents, on December 13, 2011 for being an alien illegally present in the United States. Investigation and

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

_____
Signature of Complainant

12/15/2011                                    at    DEL RIO, Texas
File Date                                          City and State


_____
Signature of Judicial Officer

COLLIS WHITE
U.S. MAGISTRATE JUDGE

CONTINUATION OF CRIMINAL COMPLAINT

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.  Case Number: DR:11-M -10824(1)

(1) Geovanny Elvin Nunez

**Continuation of Statement of Facts:**

records of the Bureau of Citizenship and Immigration Services reveal the defendant was previously deported from the United States on November 18, 2010 through Phoenix, Arizona. The defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security or the Attorney General of the United States to re-apply for admission after being deported. The defendant is unlawfully present in the United States."

_____  
Signature of Judicial Officer

_____  
Signature of Complainant